> The motion is granted.
> *Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHAEL SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff.<br><br>v.<br><br>PARAMOUNT GLOBAL, d/b/a 247SPORTS<br><br>Defendant. | Case No. 3:22-cv-00756<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## JOINT MOTION TO EXTEND BRIEFING DEADLINES

Plaintiff Michael Salazar and Defendant Paramount Global, hereby move this Court for an extension of the currently set briefing deadlines. In support of this request, the Parties state as follows:

1. Defendant moved to dismiss the Complaint on November 30, 2022 (ECF No. 17).

2. Pursuant to Local Rule 7.01, Plaintiff's current deadline to file its opposition to Defendant's Motion is December 14, 2022, and Defendant's current deadline to submit any reply to Plaintiff's response is December 21, 2022.

3. The parties have discussed and propose the following briefing schedule and request the following:

    a. Plaintiff's Opposition would be due **January 12, 2023**, and

    b. Defendant shall be permitted to file a Reply of no more than 12 pages by **February 7, 2023**.

4. This request is not made for the purpose of delay or any other improper purpose.