UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Michael Salazar

      Plaintiff,

v.               Case No.: 3:22–cv–00756

Paramount Global

      Defendant,

**ENTRY OF JUDGMENT**

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/18/2023 re [33].

                   Lynda M. Hill
               s/ Aubrey L Frantz, Deputy Clerk